UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-578-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SULTAN MAHMOUD FAIZ,

    Defendant.
_____/

## ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court on defendant's Motion for Early termination of supervised release, filed February 22, 2008. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that said Motion for Early termination of supervised release is **Granted**.

**DONE and ORDERED** in West Palm Beach, this __14__ day of March, 2008.

                                    KENNETH L. RYSKAMP
                                    UNITED STATES DISTRICT JUDGE

cc:    counsel for record
        USPO